IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RICHARD HERMAN,<br><br>　　　　Plaintiff,<br><br>V.<br><br>STATE OF IOWA, JANE ENFIELD, CITY OF WAUKON, AND ROBERT CAMPBELL,<br><br>　　　　Defendants. | No. 4:14-CV-00389-JAJ-RAW<br><br><br><br><br>STIPULATION TO DISMISS RICHARD HERMAN V. STATE OF IOWA, JANE ENFIELD |

COME NOW Plaintiff Richard Herman, through his attorney Dorothy A. O'Brien, Attorney and Counsel at Law, PLC and Defendants State of Iowa and Jane Enfield through their attorney David S. Steward, and stipulate that the case against State of Iowa and Jane Enfield should be dismissed with prejudice, each party to bear its own fees and costs.   This dismissal does not include Defendants City of Waukon, and Robert Campbell.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　 /S/Dorothy A. O'Brien
　　　　　　　　　　　　　　　　　Dorothy A. O'Brien
　　　　　　　　　　　　　　　　　ATTORNEY & COUNSELOR AT LAW, PLC
　　　　　　　　　　　　　　　　　2322 East Kimberly Road
　　　　　　　　　　　　　　　　　Davenport, Iowa 52807
　　　　　　　　　　　　　　　　　563-355-6060 Telephone
　　　　　　　　　　　　　　　　　563-355-6666 Facsimile
　　　　　　　　　　　　　　　　　dao@emprights.com  Email

　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

Robert B. Carroll
Stipulation to Dismiss
**Case No. 3:13-cv-65**
Page  2

      /S/David S. Steward
      David S. Steward
      Assistant Attorney General
      Environmental Law Division
      Lucas Building, Room 18
      321 E 12th Street
      Des Moines, IA 50309
      david.steward@iowa.gov  Email

      ATTORNEY FOR DEFENDANT
      STATE OF IOWA AND JANE ENFELD

Certificate of Service

I certify that on this  8th day of December 2014, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

      Beth E. Hanson
      SWISHER & COHRT, P.L.C.
      528 West 4th Street
      P. O. Box 1200
      Waterloo, IA 50704-1200
      hansen@s-c-law.com  Email

      ATTORNEYS FOR DEFENDANTS
      ROBERT CAMPBELL AND CITY OF WAUKON