IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| RICHARD HERMAN,<br><br>       Plaintiff,<br><br>V.<br><br>CITY OF WAUKON, AND ROBERT CAMPBELL,<br><br>       Defendants. | No. 4:14-CV-00389-JAJ-RAW<br><br><br><br>STIPULATION TO DISMISS |

COME NOW the parties through counsel and stipulate that this case should be dismissed with prejudice, each party to bear its own fees and costs.

              Respectfully submitted,

              */S/Dorothy A. O'Brien*
              Dorothy A. O'Brien
              ATTORNEY & COUNSELOR AT LAW, PLC
              2322 East Kimberly Road
              Davenport, Iowa 52807
              563-355-6060 Telephone
              563-355-6666 Facsimile
              dao@emprights.com   Email
              ATTORNEY FOR PLAINTIFF

              */S/Beth E. Hansen*
              SWISHER & COHRT, P.L.C.
              528 West 4th Street
              P. O. Box 1200
              Waterloo, IA 50704-1200
              hansen@s-c-law.com   Email
              ATTORNEYS FOR DEFENDANTS
              ROBERT CAMPBELL AND CITY OF
              WAUKON